UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
King-Barnes, LLC
2600 New Road
Northfield, New Jersey 08225
Tel 609-522-7530
Fax 609-5227532
Email: rloefflad@ffhlaw.com

In Re:

Robert Alan Forester

Case No.: 22-19923
Chapter: 13
Adv. No.:
Hearing Date:
Judge: JNP

## CERTIFICATION OF SERVICE

1. I, _____Amanda Wood_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Robert A. Loefflad_____, who represents _____Debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____June 5, 2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Modified Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/05/2023

/s/ Amanda Wood
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Tax Collector<br>City of Absecon<br>500 Mill Road<br>Absecon, New Jersey 08201 | Affected Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyota Motor Credit Corp.<br>Post Office Box 330<br>Williamsville, New York 14231 | Affected Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Affected Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |