Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−19923−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Allan Forester
   aka Robert Allen Forester
   7 Ruth Court
   Absecon, NJ 08201

Social Security No.:
   xxx−xx−5589

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/20/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 21, 2023
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 22-19923-JNP
Robert Allan Forester                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                    Page 1 of 3
Date Rcvd: Sep 21, 2023            Form ID: 148                Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Allan Forester, 7 Ruth Court, Absecon, NJ 08201-1813 |
| 519792671 | | Citibank, NA, - Wawa, PO Box 6139, Sioux Falls, SD 57117-6139 |
| 519823618 | + | Frank Guaracini, III, 2123 Dune Drive, Suite 11, Avalon, NJ 08202-2000 |
| 519792674 | | Helix Financial by Bank of Orrick, 113 E. South Front Street, Orrick, MO 64077 |
| 519792679 | + | NJ Higher Education, PO Box 544, Trenton, NJ 08625-0544 |
| 519792683 | + | Tax Collector, City of Absecon, 500 Mill Road, Absecon, NJ 08201-1940 |
| 519820017 | + | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 519792684 | + | Uetsa Tsakits, Inc., d/b/a Maxlend, PO Box 760, Parshall, ND 58770-0703 |
| 519792685 | | Uprova Credit, LLC, 635 East Highway 20, V, Upper Lake, CA 95485 |
| 519792687 | + | WLCC Lending BGL, d/b/a Bison Green Lending, PO Box 191, Pine Ridge, SD 57770-0191 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2023 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2023 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519792665 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2023 21:03:35 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519798112 | + | Email/Text: bkfilings@zwickerpc.com | Sep 21 2023 20:55:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519792666 | | EDI: AAFES | Sep 22 2023 00:26:00 | Army/Air Force Exchange, PO Box 650410, Dallas, TX 75265-0410 |
| 519792667 | | Email/Text: fwdbctl@spotloan.com | Sep 21 2023 20:53:57 | BlueChip Financial, d/b/a Spotloan, PO Box 720, Belcourt, ND 58316 |
| 519809457 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 21 2023 20:53:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 519845562 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 21 2023 20:55:00 | CSMC 2018-SP2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519792668 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2023 20:55:00 | Cavalry Portfolio Servicing, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519794893 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2023 20:55:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519792669 | + | EDI: CITICORP.COM | Sep 22 2023 00:26:00 | Citibank - Home Depot, PO Box 6500, Sioux Falls, SD 57117-6500 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: 148 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 519792670 | | EDI: CITICORP.COM | Sep 22 2023 00:26:00 | Citibank - Staples, P O Box 6403, Sioux Falls, SD 57117-6403 |
| 519792672 | + | Email/Text: bankruptcy@collegeave.com | Sep 21 2023 20:53:00 | College Avenue Student Loan, 1105 N. Market Street, 20th Floor, Wilmington, DE 19801-1216 |
| 519792673 | + | Email/Text: bfore90210@aol.com | Sep 21 2023 20:53:00 | GinaMarie Forester, 7 Ruth Court, Absecon, NJ 08201-1813 |
| 519792675 | | EDI: IRS.COM | Sep 22 2023 00:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519801059 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 20:49:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519792676 | ^ | MEBN | Sep 21 2023 20:42:11 | Mazda Financial Services, 6400 Main Street, Suite 200, Amherst, NY 14221-5803 |
| 519817417 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2023 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519792677 | + | Email/Text: netcreditbnc@enova.com | Sep 21 2023 20:55:06 | NetCredit, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 519845270 | | EDI: PRA.COM | Sep 22 2023 00:26:00 | Portfolio Recovery Associates, LLC, c/o Wawa, POB 41067, Norfolk VA 23541 |
| 519792680 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 20:49:50 | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 519792678 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 21 2023 20:53:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519792681 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 21 2023 20:55:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519844329 | + | EDI: AIS.COM | Sep 22 2023 00:26:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519792883 | + | EDI: RMSC.COM | Sep 22 2023 00:26:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519792682 | | EDI: RMSC.COM | Sep 22 2023 00:26:00 | Synchrony Bank - Paypal Credit, Attn: Bankruptcy Department, Post Office Box 965061, Orlando, FL 32896-5061 |
| 519792686 | | EDI: USAA.COM | Sep 22 2023 00:26:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 21, 2023 | Form ID: 148 | Total Noticed: 37 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Denise E. Carlon
　　　　　　　　　on behalf of Creditor CSMC 2018-SP2 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
　　　　　　　　　ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Robert A. Loefflad
　　　　　　　　　on behalf of Debtor Robert Allan Forester rloefflad@king-barnes.com  ghuie@ffhlaw.com

U.S. Trustee
　　　　　　　　　USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4