UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
KingBarnes, LLC
2600 New Road, Suite A
Northfield, New Jersey 08225
Tel (609) 522-7530
Fax (609) 522-7532
Email: rloefflad@kingbarnes.com

In Re:

Robert Allan Forester

Case No.: 22-19923

Chapter: 13

Adv. No.:

Hearing Date:

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, __Melanie Bankes__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Robert A. Loefflad__, who represents __Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __10/30/2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Vacate Dismissal, Certification in Support of Motion; Exhibits A through N; Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __10/30/2023__

/s/ Melanie Bankes
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See Mailing List - Regular Mail | Interested Parties | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Mailing List - Certified Mail | Interested Parties - FDIC Insured Institutions | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

## MAILING LIST – CERTIFIED MAIL

| | |
|---|---|
| **By CM/RRR and Regular Mail**<br>Attn: Officer Authorized to Accept Service of Process<br>American Express<br>c/o Zwicker & Associates, P.C.<br>PO Box 9043<br>Andover, MA 01810-1041 | **By CM/RRR and Regular Mail**<br>Attn: Officer Authorized to Accept Service of Process<br>Citizens Bank, N.A.<br>One Citizens Bank Way<br>Mailstop JCA115<br>Johnston, RI 02919 |
| **By CM/RRR and Regular Mail**<br>Attn: Officer Authorized to Accept Service of Process<br>Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117 | **By CM/RRR and Regular Mail**<br>Synchrony Bank<br>Attn: Bankruptcy Dept.<br>Post Office Box 965064<br>Orlando, FL 32896-5064 |
| **By CM/RRR and Regular Mail**<br>Attn: Officer Authorized to Accept Service of Process<br>USAA Savings Bank<br>PO Box 33009<br>San Antonio, TX 78265-3009 | **By CM/RRR and Regular Mail**<br>Attn: Officer Authorized to Accept Service of Process<br>Helix Financial by Bank of Orrick<br>113 E. South Front Street<br>Orrick, MO 64077 |

**MAILING LIST – REGULAR MAIL**

| | |
|---|---|
| Andre B. Finberg, Esquire<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002 | CSMC 2018- SPR Trust<br>c/o KML Law Group<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 |
| Attn: Officer Authorized to Accept Service of Process<br>Citibank, N.A.<br>c/o Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-2200 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Attn: Officer Authorized to Accept Service of Process<br>Citibank, N.A.<br>c/o LVNV Funding LLC/Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Attn: Officer Authorized to Accept Service of Process<br>Citibank, N.A.<br>Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090 |
| Attn: Officer Authorized to Accept Service of Process<br>Toyota Motor Credit Corporation<br>PO Box 330<br>Williamsville, New York 14231 | Tax Collector, City of Absecon<br>500 Mill Road<br>Absecon, NJ 08201 |
| Attn: Officer Authorized to Accept Service of Process<br>Synchrony Bank by AIS InfoSource LP<br>4515 N. Santa Fe Avenue<br>Oklahoma City, OK 73118 | Attn: Officer Authorized to Accept Service of Process<br>Citibank, N.A.<br>c/o Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 |
| Attn: Officer Authorized to Accept Service of Process<br>CSMC 2018-SP2 Trust<br>c/o Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | NJCLASS<br>PO Box 544<br>Trenton, NJ 08625 |
| Attn: Officer Authorized to Accept Service of Process<br>Army/Air Force Exchange<br>PO Box 650410<br>Dallas, TX 75265-0410 | Attn: Officer Authorized to Accept Service of Process<br>NetCredit<br>175 W. Jackson Boulevard, Suite 1000<br>Chicago, IL 60604 |
| Attn: Officer Authorized to Accept Service of Process<br>BlueChip Financial, d/b/a Spotloan<br>PO Box 720<br>Belcourt, ND 75265-0410 | New Jersey Division of Taxation<br>Compliance and Enforcement – Bankruptcy<br>PO Box 245<br>Trenton, NJ 08695-0245 |

| | |
|---|---|
| GinaMarie Forester<br>7 Ruth Court<br>Absecon, NJ 08201 | Attn: Officer Authorized to Accept Service of Process<br>College Avenue Student Loan<br>1105 N. Market Street, 20th Floor<br>Wilmington, DE 19801 |
| Attn: Officer Authorized to Accept Service of Process<br>WLCC Lending BGL<br>d/b/a Bison Green Lending<br>PO Box 191<br>Pine Ridge, SD 57770 | Attn: Officer Authorized to Accept Service of Process<br>Uetsa Tsakits, Inc., d/b/a Maxlend<br>PO Box 760<br>Parshall, ND 58770 |
| Attn: Officer Authorized to Accept Service of Process<br>Mazda Financial Services<br>6400 Main Street, Suite 200<br>Amherst, NY 14221 | Attn: Officer Authorized to Accept Service of Process<br>Uprova Credit, LLC<br>635 East Highway 20, V<br>Upper Lake, CA 95485 |