Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  22−19923−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Allan Forester
   aka Robert Allen Forester
   7 Ruth Court
   Absecon, NJ 08201

Social Security No.:
   xxx−xx−5589

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 4, 2024.

Dated: April 4, 2024
JAN: cm

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robert Allan Forester  
Debtor

Case No. 22-19923-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Apr 04, 2024 | Form ID: plncf13 | Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Allan Forester, 7 Ruth Court, Absecon, NJ 08201-1813 |
| 519792671 | | Citibank, NA, - Wawa, PO Box 6139, Sioux Falls, SD 57117-6139 |
| 519823618 | + | Frank Guaracini, III, 2123 Dune Drive, Suite 11, Avalon, NJ 08202-2000 |
| 519792674 | | Helix Financial by Bank of Orrick, 113 E. South Front Street, Orrick, MO 64077 |
| 519792679 | + | NJ Higher Education, PO Box 544, Trenton, NJ 08625-0544 |
| 519792883 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519792683 | + | Tax Collector, City of Absecon, 500 Mill Road, Absecon, NJ 08201-1940 |
| 519820017 | + | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 519792684 | + | Uetsa Tsakits, Inc., d/b/a Maxlend, PO Box 760, Parshall, ND 58770-0703 |
| 519792685 | | Uprova Credit, LLC, 635 East Highway 20, V, Upper Lake, CA 95485 |
| 519792687 | + | WLCC Lending BGL, d/b/a Bison Green Lending, PO Box 191, Pine Ridge, SD 57770-0191 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 04 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 04 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519792665 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2024 20:56:58 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519798112 | + | Email/Text: bkfilings@zwickerpc.com | Apr 04 2024 20:55:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519792666 | | Email/Text: BankruptcyNotices@aafes.com | Apr 04 2024 20:53:00 | Army/Air Force Exchange, PO Box 650410, Dallas, TX 75265-0410 |
| 519792667 | | Email/Text: fwdbctl@spotloan.com | Apr 04 2024 20:53:55 | BlueChip Financial, d/b/a Spotloan, PO Box 720, Belcourt, ND 58316 |
| 519809457 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 04 2024 20:52:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 519845562 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 04 2024 20:55:00 | CSMC 2018-SP2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519792668 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2024 20:55:00 | Cavalry Portfolio Servicing, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519794893 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2024 20:55:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519792669 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 04 2024 20:56:55 | Citibank - Home Depot, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519792670 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2024 20:56:40 | Citibank - Staples, P O Box 6403, Sioux Falls, SD 57117-6403 |
| 519792672 | + | Email/Text: bankruptcy@collegeave.com | Apr 04 2024 20:52:00 | College Avenue Student Loan, 1105 N. Market Street, 20th Floor, Wilmington, DE 19801-1216 |
| 519792673 | + | Email/Text: bfore90210@aol.com | Apr 04 2024 20:52:00 | GinaMarie Forester, 7 Ruth Court, Absecon, NJ 08201-1813 |
| 519792675 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 04 2024 20:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519801059 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2024 20:56:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519792676 | ^ | MEBN | Apr 04 2024 20:49:26 | Mazda Financial Services, 6400 Main Street, Suite 200, Amherst, NY 14221-5803 |
| 519817417 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2024 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519792677 | + | Email/Text: netcreditbnc@enova.com | Apr 04 2024 20:55:19 | NetCredit, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 519845270 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2024 21:07:26 | Portfolio Recovery Associates, LLC, c/o Wawa, POB 41067, Norfolk VA 23541 |
| 519792680 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2024 21:07:16 | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 519792678 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 04 2024 20:52:00 | New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519792681 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 04 2024 20:55:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519844329 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 04 2024 21:07:07 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519792682 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 04 2024 21:17:46 | Synchrony Bank - Paypal Credit, Attn: Bankruptcy Department, Post Office Box 965061, Orlando, FL 32896-5061 |
| 519792686 | | Email/Text: bkelectronicnotices@usaa.com | Apr 04 2024 20:52:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 04, 2024 | Form ID: plncf13 | Total Noticed: 37 |

Date: Apr 06, 2024              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2018-SP2 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor CSMC 2018-SP2 Trust kimwilson@raslg.com |
| Robert A. Loefflad | on behalf of Debtor Robert Allan Forester rloefflad@king-barnes.com  mbankes@king-barnes.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5