UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Movant:  CSMC 2018-SP2 Trust

In Re:

Robert Allan Forester a/k/a Robert Allen Forester

        Debtor/Respondent

Gina Marie Forester

        Co-Debtor/Respondent

Case No.:    22-19923 JNP

Chapter:    13

Adv. No.:    _____

Hearing Date:  November 18, 2025; 11:00 AM

Judge:    Jerrold N. Poslusny Jr.

## CERTIFICATION OF SERVICE

1. I, Thomas Diruscio

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Denise Carlon, Esquire, who represents the Movant in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On November 19, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Motion for Relief of Automatic Stay
   - Certification of Support in Motion of Relief from Automatic Stay
   - Proposed Order
   - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: November 19, 2025          /S/Thomas Diruscio
                                          Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Robert Allan Forester a/k/a Robert Allen Forester<br>7 Ruth Court<br>Absecon, NJ 08201 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gina Marie Forester<br>7 Ruth Court<br>Absecon, NJ 08201 | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Loefflad, Robert A.<br>King-Barnes, LLC<br>2600 New Road<br>Northfield, NJ 08225 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Finberg, Andrew B.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*