| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Robert A. Loefflad, Esquire<br>NJ Bar ID# 024791996<br>KingBarnes, LLC<br>2600 New Road<br>Northfield, New Jersey 08225<br>Tel (609) 522-7530<br>Fax (609) 522-7532<br>Email: rloefflad@kingbarnes.com | Order Filed on November 24, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Robert Allan Forester | Case No.:  22-19923<br>Chapter:  13<br>Judge:  JNP |

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 24, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____Robert A. Loefflad_____ for a reduction of time for a hearing on _____Motion to Sell_____ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___December 2, 2025___ at __11:00__ in the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ 08101 Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Standing Trustee, All secured creditors, All parties filing a notice of appearance and request for service of notices.

by ☒ each, ☐ any of the following methods selected by the Court:

email with consent

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____unsecured creditors_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

    ❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

    ❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*