UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
KingBarnes, LLC
2600 New Road
Northfield, New Jersey 08225
Tel (609) 522-7530
Fax (609) 522-7532
Email: rloefflad@kingbarnes.com

Case No.: 22-19923

Chapter: 13

In Re:

Robert Allan Forester

Adv. No.:

Hearing Date:

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, _____Andrea Axelson_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Robert A. Loefflad_____, who represents _____Debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __11-24-2025 by email and__   11-25-2025 by overnight mail. , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Shortening Time; Motion to Sell; Certification in Support of Motion; Exhibits A to E; Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/01/2025

/s/ Andrea Axelson
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See Attached Mailing List | Interested Parties | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email and Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

KINGBARNES
*Attorneys at Law*

Page 2

# MAILING LIST

Andrew B. Finberg, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002

Brian C. Nicholas, Esquire
Denise Carlon, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106

Attn: Officer Authorized to
Accept Service of Process
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Attn: Officer Authorized to
Accept Service of Process
Toyota Motor Credit Corporation
PO Box 330
Williamsville, New York 14231

Tax Collector
City of Absecon
500 Mill Road
Absecon, New Jersey 08201

Attn: Officer Authorized to Accept
Service of Process
CSMC 2018-SP2 Trust
Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

Attn: Officer Authorized to
Accept Service of Process
Citibank, N.A., /The Home Depot
c/o Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Attn: Officer Authorized to
Accept Service of Process
American Express National Bank
c/o Zwick and Associates, P.C.
PO Box 9043
Andover, MA 01810-1041

Attn: Officer Authorized to
Accept Service of Process
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Attn: Officer Authorized to
Accept Service of Process
Citizens Bank, N.A.
One Citizens Bank Way
Mailstop JCA115
Johnston, RI 02919

Attn: Officer Authorized to
Accept Service of Process
Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

**KINGBARNES**
*Attorneys at Law*

Page 3

Attn: Officer Authorized to
Accept Service of Process
Synchrony Bank
By AIS InfoSource LP as agent
4515 N. Santa Fe Avenue
Oklahoma, OK 73118

NJ Higher Education
PO Box 544
Trenton, New Jersey 08625-0548

Attn: Officer Authorized to
Accept Service of Process
Portfolio Recovery Associates, LLC
c/o Wawa
PO Box 41067
Norfolk, VA 23541