| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption In Compliance with D.N.J. LBR 9004-1(b)

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
KingBarnes, LLC
2600 New Road
Northfield, New Jersey 08225
Tel (609) 522-7530
Fax (609) 522-7532
Email: rloefflad@kingbarnes.com

Order Filed on December 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Robert Allan Forester

Case No.: 22-19923
Hearing Date:
Chapter: 13
Judge: JNP

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

DATED: December 4, 2025

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____7 Ruth Court, Absecon, New Jersey 08201_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5(b), Debtor's Motion on Shortened Time included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Scott Reighard of Re/Max Atlantic Realtors |
| Amount to be paid: | $28,000.00 |
| Services rendered: | Listing Realtor |

**OR:** ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ __21,525.05__ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case. Said funds shall be held in trust and not distributed to creditors pending further order of the court.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

   50% of the net sale proceeds may be paid to the non-debtor spouse, GinaMarie Forester, at the time of closing without further approval of the court.

   The stay imposed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived. The sale may proceed upon entry of this Order.

*rev. 1/12/22*

3

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-19923-JNP

Robert Allan Forester     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Dec 04, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert Allan Forester, 7 Ruth Court, Absecon, NJ 08201-1813 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor CSMC 2018-SP2 Trust cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2018-SP2 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert A. Loefflad | on behalf of Debtor Robert Allan Forester rloefflad@king-barnes.com  abranella@king-barnes.com |
| Sara Elizabeth Swietnicki | on behalf of Creditor CSMC 2018-SP2 Trust sswietnicki@raslg.com |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Dec 04, 2025 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6