**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 22-19923 (JNP)**

Monthly Payment: $1,700.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Robert A. Forester
7 Ruth Court
Absecon, NJ 08201

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2025 | $500.00 | 02/03/2025 | $500.00 | 03/03/2025 | $500.00 | 05/02/2025 | $500.00 |
| 05/09/2025 | $500.00 | 06/27/2025 | $1,700.00 | 07/28/2025 | $1,700.00 | 09/18/2025 | $1,700.00 |
| 10/06/2025 | $1,700.00 | 10/31/2025 | $1,700.00 | 12/01/2025 | $1,700.00 | 12/23/2025 | $59,246.44 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT A. FORESTER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT A. LOEFFLAD, ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $2,000.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK, AENB | 33 | $29,820.05 | $0.00 | $29,820.05 | $0.00 |
| 2 | ARMY/AIR FORCE EXCHANGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BLUECHIP FINANCIAL, D/B/A SPOTLOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAVALRY PORTFOLIO SERVICING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAVALRY SPV I, LLC | 33 | $4,217.56 | $0.00 | $4,217.56 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $1,208.38 | $0.00 | $1,208.38 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,345.20 | $0.00 | $1,345.20 | $0.00 |
| 8 | COLLEGE AVE STUDENT LOAN SERVICING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | GINAMARIE FORESTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | HELIX FINANCIAL BY BANK OF ORRICK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 28 | $25,311.32 | $381.87 | $24,929.45 | $0.00 |
| 12 | MAZDA FINANCIAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | NJ CLASS | 33 | $23,175.28 | $0.00 | $23,175.28 | $0.00 |
| 14 | NETCREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | NEW JERSEY DIVISION OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | RESURGENT CAPITAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SELECT PORTFOLIO SERVICING, INC. | 24 | $11,544.40 | $11,544.40 | $0.00 | $3,812.01 |
| 18 | SYNCHRONY BANK | 33 | $6,764.63 | $0.00 | $6,764.63 | $0.00 |
| 19 | TAX COLLECTOR, CITY OF ABSECON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | USAA SAVINGS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | UETSA TSAKITS, INC., D/B/A MAXLEND | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | UPROVA CREDIT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | WLCC LENDING BGL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ROBERT A. LOEFFLAD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | DEPARTMENT OF THE TREASURY | 33 | $2,439.33 | $0.00 | $2,439.33 | $0.00 |
| 28 | CITIZENS BANK, N.A. | 33 | $3,731.92 | $0.00 | $3,731.92 | $0.00 |
| 29 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $8,322.08 | $0.00 | $8,322.08 | $0.00 |
| 30 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $10.00 | $10.00 | $0.00 | $3.28 |
| 31 | CITY OF ABSECON | 24 | $5,612.23 | $5,612.23 | $0.00 | $1,853.21 |
| 32 | NJ CLASS | 33 | $20,095.42 | $0.00 | $20,095.42 | $0.00 |
| 33 | NJ CLASS | 33 | $23,273.91 | $0.00 | $23,273.91 | $0.00 |
| 34 | NJ CLASS | 33 | $7,771.30 | $0.00 | $7,771.30 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2023 | 15.00 | $0.00 |
| 04/01/2024 | Paid to Date | $4,500.00 |
| 05/01/2024 | 13.00 | $500.00 |
| 06/01/2025 | 17.00 | $1,700.00 |
| 11/01/2026 | 14.00 | $2,400.00 |
| 01/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $71,946.44 |
| Total paid to creditors this period: | $7,668.50 |
| Undistributed Funds on Hand: | $53,321.80 |
| Arrearages: | ($58,046.44) |
| Attorney: | ROBERT A. LOEFFLAD, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**