UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
KingBarnes, LLC
2600 New Road
Northfield, New Jersey 08225
Tel (609) 522-7530
Fax (609) 522-7532
Email: rloefflad@kingbarnes.com

| | |
|---|---|
| In Re:<br><br>Robert Allan Forester | Case No.: _____ 22-19923 _____<br><br>Judge: _____ JNP _____<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____, at _____ .

☒ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ 2/20/2025 _____ , at _10:00 am_ .

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

Doc ID: 6e5203e08d3d107270112508cb342bb74c2b8832

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Modified Chapter 13 Plan and Amended Schedules shall be filed prior to hearing date.

3.  This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.  I certify under penalty of perjury that the above is true.

Date: 02/13/2026                                    /s/ Robert Allan Forester
                                                    Debtor's Signature

Date: _____                              _____
                                                    Debtor's Signature

**NOTES:**

1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Opposition to Trustee Motion.pdf |
| **File name** | 20260213161315702.pdf |
| **Document ID** | 6e5203e08d3d107270112508cb342bb74c2b8832 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| ⟳ SENT | **02 / 13 / 2026** 20:56:40 UTC | Sent for signature to Robert Forester (robertforestermortgage@gmail.com) by services@clio.com acting on behalf of rloefflad@king-barnes.com IP: 69.141.203.190 |
| ◉ VIEWED | **02 / 13 / 2026** 21:11:23 UTC | Viewed by Robert Forester (robertforestermortgage@gmail.com) IP: 174.167.143.53 |
| ✎ SIGNED | **02 / 13 / 2026** 21:11:50 UTC | Signed by Robert Forester (robertforestermortgage@gmail.com) IP: 174.167.143.53 |
| ⟁ COMPLETED | **02 / 13 / 2026** 21:11:50 UTC | The document has been completed. |