| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Robert Allan Forester | Case No.: _____ 22-19923 _____<br><br>Adversary No.: _____<br><br>Chapter: _____ 13 _____<br><br>Judge: _____ JNP _____ |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Robert Allan Forester, Debtor _____
(Example: John Smith, creditor)

Old address:    7 Ruth Court
Absecon, NJ 08201

New address:    120 Malibu Drive
Egg Harbor Township, NJ 08234

New phone no.: _____
(if debtor is filing and their phone number has changed).

❑ Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint debtor's DeBN account number: _____

Doc ID: 8da630f461fca049672d01454a4b8c06d1cbb4da

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/13/2026

/s/ Robert Allan Forester
Signature

*rev.1/27/2025*

 **Dropbox** Sign                                    Audit trail

| | |
|---|---|
| **Title** | Change of Address.pdf |
| **File name** | 20260213161325928.pdf |
| **Document ID** | 8da630f461fca049672d01454a4b8c06d1cbb4da |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| ⤴ SENT | **02 / 13 / 2026** 20:57:37 UTC | Sent for signature to Robert Forester (robertforestermortgage@gmail.com) by services@clio.com acting on behalf of rloefflad@king-barnes.com IP: 69.141.203.190 |
| ◉ VIEWED | **02 / 13 / 2026** 21:11:59 UTC | Viewed by Robert Forester (robertforestermortgage@gmail.com) IP: 174.167.143.53 |
| ✍ SIGNED | **02 / 13 / 2026** 21:12:15 UTC | Signed by Robert Forester (robertforestermortgage@gmail.com) IP: 174.167.143.53 |
| ✓ COMPLETED | **02 / 13 / 2026** 21:12:15 UTC | The document has been completed. |