**UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY**

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
King-Barnes, LLC
2600 New Road, Suite A
Northfield, New Jersey 08225
Tel (609) 522-7530
Fax (609) 522-7532
Email: rloefflad@king-barnes.com

| | |
|---|---|
| In Re: | Case No.: 22-19923 |
| ROBERT ALLAN FORESTER | Adv. No.: |
| Debtor. | Hearing Date: |
| | Judge: Jerrold N. Poslusny, USBJ |

## MOTION TO VACATE DISMISSAL

Debtor, **ROBERT ALLAN FORESTER**, has filed papers with the court seeking an Order granting the following relief:

- Vacating dismissal and reinstating the above captioned chapter 13 bankruptcy proceeding.
- Allowing the Debtor an exemption of $31,575.00 pursuant to 11 U.S.C. § 522(d)(1) and $868.00 pursuant to 11 U.S.C. § 522(d)(5) against the sale proceeds from the sale of the Debtor's former principal residence located at 7 Ruth Court, Absecon, New Jersey 08201.
- Directing the Debtor return the sum of $42,403.85 to the Chapter 13 Standing Trustee within fifteen (15) days of the court's order vacating dismissal.
- Barring the Chapter 13 Standing Trustee from claiming an additional commission against the sum of $42,403.85 since the Trustee has already received a commission of $5,924.64 against these funds.
- Rescheduling confirmation of the Debtor's modified Chapter 13 Plan filed on February 19, 2025, as Document No. 54.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:            May 12, 2026
Hearing Time:            11:00 AM

1

Hearing Location:              United States Bankruptcy Court
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

Courtroom Number:        4C

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Robert A. Loefflad, Esquire
KingBarnes, LLC
2600 New Road, Suite A
Northfield, New Jersey 08225

Andrew B. Finberg, Esquire
Standing Chapter 13 Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Camden, New Jersey 08002

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  April 14, 2026           KING-BARNES, LLC
Attorneys for Debtor, Robert Allan Forester

By:  Robert A. Loefflad, Esquire

2