Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22–19923–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Allan Forester
   aka Robert Allen Forester
   120 Malibu Drive
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx–xx–5589

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                June 30, 2026
Time:                11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*72* – Objection to Debtor's Claim of Exemptions filed by Joni L. Gray on behalf of Andrew B Finberg. (Attachments: # 1 Certificate of Service) (Gray, Joni)

and transact such other business as may properly come before the meeting.

Dated: May 28, 2026
JAN: kvr

Jeanne Naughton
Clerk