Order Filed on August 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg, Esquire
Office of the Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

In Re:

ROBERT ALLAN FORESTER

Debtor

Case No. 22-19923 (JNP)

Judge: Jerrold N. Poslusny, Jr.

Hearing: 6/30/2026

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 12, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Robert A. Forester
Case No. 22-19923 (JNP)
Caption of Order: Order Sustaining Trustee's Objection to Debtor's Claim of Exemptions

---

THIS MATTER having been opened on an Objection to Debtor's Claim of Exemption filed by Andrew B. Finberg, the Chapter 13 Standing Trustee, and a response having been filed by Robert A. Loefflad, on behalf of the Debtor, and the Court having reviewed the pleadings submitted in connection with this matter and having heard oral arguments in connection therewith, and for good cause shown:

**IT IS ORDERED** that Trustee's objection is SUSTAINED.