Order Filed on August 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg, Esquire
Office of the Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

In Re:

ROBERT ALLAN FORESTER

Debtor

Case No. 22-19923 (JNP)

Judge: Jerrold N. Poslusny, Jr.

Hearing: 6/30/2026

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 12, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

---

THIS MATTER having been opened on an Objection to Debtor's Claim of Exemption filed by Andrew B. Finberg, the Chapter 13 Standing Trustee, and a response having been filed by Robert A. Loefflad, on behalf of the Debtor, and the Court having reviewed the pleadings submitted in connection with this matter and having heard oral arguments in connection therewith, and for good cause shown:

**IT IS ORDERED** that Trustee's objection is SUSTAINED.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-19923-JNP

Robert Allan Forester Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2

Date Rcvd: Aug 12, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Allan Forester, 120 Malibu Drive, Egg Harbor Township, NJ 08234-3100 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor CSMC 2018-SP2 Trust cwoerner@raslg.com |
| Joni L. Gray | on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Robert A. Loefflad | on behalf of Debtor Robert Allan Forester rloefflad@king-barnes.com abranella@king-barnes.com |

Sara Elizabeth Swietnicki
on behalf of Creditor CSMC 2018-SP2 Trust sswietnicki@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8